# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007-2913
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> The conference is adjourned to Friday, August 14 at 2:30 PM. To access the conference, the parties and public may dial 888-363-4749 and use access code 8140049. SO ORDERED.
>
> New York, NY
> August 11, 2020
>
> /s/ John G. Koeltl
> John G. Koeltl
> U.S.D.J.

Re:  *Ben Wachter Assocs., Inc., et al. v. Fernando Herradon*,
<u>Case No. 1:20-cv-04184 (JGK) (GWG)</u>

Dear Judge Koeltl:

We represent plaintiffs Ben Wachter Associates, Inc. and BWA Enterprises, LLC in the above-referenced matter and write with the consent of counsel for defendant Fernando Herradon.

Pursuant to Section I.E of Your Honor's Individual Rules of Practice, we write to request an adjournment of the pre-motion conference regarding defendant Fernando Herradon's anticipated motion to dismiss, which is currently scheduled for August 12, 2020, at 11:00 a.m. The reason for the request is that I am scheduled to be defending two depositions on that date starting at 10 a.m. in-person in New Rochelle.

There have been no previous requests to adjourn the pre-motion conference. If the Court is available, the parties are available to participate in the pre-motion conference on Thursday, August 13, 2020 at any time of day, or Friday, August 14, 2020 at any time after 2:30 p.m.

Respectfully,

/s/ Robert A. O'Hare Jr.

Robert A. O'Hare Jr.

cc:  Counsel of Record (via ECF)