```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**BEN WACHTER ASSOCIATES, INC., ET AL.,**

              Plaintiffs,

   - against -

**FERNANDO VALENTINE HERRADON,**

             Defendant.

**20-cv-4184 (JGK)**

<u>ORDER</u>

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiffs may file an amended complaint by **September 14, 2020.** The defendant may move or answer by **October 2, 2020.**

    If the defendant makes a motion, the plaintiffs may respond by **October 16, 2020.** The defendant may reply by **October 26, 2020.** No further pre-conference motion is required. If the defendant answers, the parties should submit a Rule 26(f) report by **October 16, 2020.**

**SO ORDERED.**

Dated:    New York, New York
           August 14, 2020

                                        /s/ John G. Koeltl
                                        **John G. Koeltl**
                                **United States District Judge**