# O'HARE PARNAGIAN LLP

20 VESEY STREET, SUITE 300
NEW YORK, NY 10007
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

October 14, 2022

**Via ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED
10/15/22
John G. Koeltl, U.S.D.J.

Re:   *Ben Wachter Assocs., Inc., et al. v. Fernando Herradon*,
      *Case No. 1:20-cv-04184 (JGK)*

Dear Judge Koeltl:

We represent plaintiffs Ben Wachter Assocs. Inc. ("BWA") and BWA Enterprises LLC. With the agreement and consent of counsel for the defendant, we write this joint letter to seek a one-week extension for the filing of the joint pre-trial order ("JPTO") and other trial filings in this matter.

The parties have been working diligently and cooperatively toward completing the JTPO. Counsel discussed and agreed this morning the need for an additional week to work toward completion of the JPTO for purposes of being most efficient at trial.

The current schedule anticipates that the JTPO and other trial filings be filed today. See ECF Doc. 39. Therefore, the parties seek an extension of one-week to and including next Friday, October 21, 2022.

This is the first request for an extension on this subject-matter.

Respectfully,

s/Robert A. O'Hare Jr.

Robert A. O'Hare Jr.

cc:   Counsel of Record (via ECF)