UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN WACHTER ASSOCIATES, INC., ET AL.

                Plaintiffs,

- against -

FERNANDO VALENTINE HERRADON,

                Defendant.

20-cv-4184 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **September 26, 2023, at 11:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 18, 2023

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge