UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN WACHTER ASSOCIATES, INC., ET AL.,

        Plaintiffs,

- against -

FERNANDO VALENTINE HERRADON,

        Defendant.

20-cv-4184 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update regarding the plaintiffs' motion to compel the requisite settlement payment, see ECF No. 62, by **November 30, 2023**.

SO ORDERED.

Dated:    New York, New York
            November 24, 2023

                                          _____
                                              John G. Koeltl
                                         United States District Judge