UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN WACHTER ASSOCIATES, INC., ET AL.,

        Plaintiffs,

- against -

FERNANDO VALENTINE HERRADON,

        Defendant.

20-cv-4184 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs have filed a motion to compel settlement payment and to sanction the defendant for contempt of court. See ECF No. 65. The deadline to respond is **December 15, 2023.** The deadline to reply is **December 22, 2023.**

SO ORDERED.

Dated:    New York, New York
           December 1, 2023

                                              John G. Koeltl
                                    United States District Judge