```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

BEN WACHTER ASSOCIATES, INC., ET AL.,                        20-cv-4184 (JGK)

              Plaintiffs,                    ORDER

    - against -

FERNANDO VALENTINE HERRADON,

              Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The deadline for the plaintiff to reply in support of its motion, ECF No. 65, is extended to **January 5, 2024**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 29, 2023**

                                                  /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                        **United States District Judge**