UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN WACHTER ASSOCIATES, INC., ET AL,

                Plaintiffs,

      - against -

FERNANDO VALENTINE HERRADON,

                Defendant.

20-cv-4184 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to enforce the settlement agreement and to sanction the defendant for contempt of court. ECF No. 65.

SO ORDERED.

Dated:    New York, New York
            January 9, 2024

                                        John G. Koeltl
                                  United States District Judge