UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN WACHTER ASSOCIATES, INC., ET AL.,

            Plaintiffs,

- against -

FERNANDO VALENTINE HERRADON,

            Defendant.

---

20-cv-4184 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, in-person, for a hearing on the pending motion to enforce the settlement agreement on **Tuesday, March 26, 2024**, at **4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            February 22, 2024

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                            United States District Judge