**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BEN WACHTER ASSOCIATES, INC., ET AL.,

                Plaintiff,                          20 **CIVIL** 4184 (JGK)

     -against-                                 **JUDGMENT**

FERNANDO VALENTINE HERRADON,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2024, the plaintiffs have agreed to withdraw the Motion to Enforce the Settlement Agreement and for Contempt of Court. See ECF No. 80. Judgment is entered without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

     March 25, 2024

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                   **BY:**

                                                               **Deputy Clerk**